**Brian C. ROPER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60555.**

Missouri Court of Appeals, Western District.

Oct. 8, 2002.

---

Andrew A. Schroeder, Assistant Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Anne E. Edgington, Assistant Attorney General, Jefferson City, MO, for respondent.

Before SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Appellant, Brian Roper, appeals from the dismissal of his untimely filed Rule 24.035 motion for post-conviction relief. The court found that Roper's motion was properly dismissed. Affirmed. Rule 84.16(b).